UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 11 CR 17 |
| v. | ) | |
| | ) | Judge Milton Shadur |
| JESSE BRUNT and | ) | |
| BRUNT BROS. TRANSFER INC. | ) | |

### **SUPPLEMENTAL PROTECTIVE ORDER**

Upon the government's motion for a supplemental protective order, it is hereby ORDERED as follows:

1. Discovery produced by the government that is marked "Highly Confidential / Distribution and Use Governed by Protective Order" (the "Information and Report") shall be treated in the manner set forth herein. Other discovery shall remain governed by the protective order entered March 11, 2011.

2. Usage and dissemination of the Information and Report are strictly limited to defense purposes.

3. Recipients of the Information and Report shall agree in writing that they have read and are bound by the Protective Order.

4. No physical or electronic copy of the Information and Report shall be disseminated to anyone other than defense counsel.

5. Defense counsel shall not disseminate any physical or electronic copy of the disclosures to any other person.

1

6. Defendants and defense experts shall not disseminate the content of any disclosures to any third person or entity.

7. The United States Attorney's Office shall maintain a log identifying each defense attorney that has received a copy of the report or access to its content in order to enforce the Protective Order.

8. Upon conclusion of any charged criminal case all copies of the report or disclosures provided to defense counsel must be returned to the United States Attorney's Office or certified in writing that they have been destroyed.

9. Violation of the Protective Order may be prosecuted as contempt of court. However, nothing contained in this protective order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

ENTER:

_____
MILTON SHADUR
United States District Judge

Date: March 1, 2012